1 TIMOTHY J. NASH, ESQ. (SBN 144727)
Law Offices of Cary Richard Bond, APC
2 501 West Broadway, Suite 1660
San Diego, California 92101
3 Telephone: (619) 230-8700
Facsimile: (619) 232-2544
4 824.5
Attorneys for Use Plaintiff and Cross-defendant Countywide Mechanical Systems, Inc. and Cross-
5 defendant North American Specialty Insurance Company

*E-Filed 6/16/09*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE BRANCH

| | |
|---|---|
| United States of America for the Use and Benefit of COUNTYWIDE MECHANICAL SYSTEMS, INC., a California corporation,<br><br>    Use-Plaintiff,<br><br>v.<br><br>ARCH INSURANCE COMPANY, a Missouri corporation, J.M.R. CONSTRUCTION CORP., a California corporation, and DOES 1 through 10, inclusive,<br>    Defendants.<br><br>J.M.R. CONSTRUCTION CORP.<br><br>    Cross-complainant,<br><br>v.<br><br>COUNTYWIDE MECHANICAL SYSTEMS, INC.; NORTH AMERICAN SPECIALTY INSURANCE COMPANY; and ROES 1 -10, inclusive,<br><br>    Cross-defendants. | Case No.: C 09-00509 RS<br><br>JOINT STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE HEARING<br><br>Date: June 17, 2009<br>Time: 2:30 p.m.<br>Courtroom: 4<br>Magistrate Judge: Hon. Richard Seeborg |

## JOINT STIPULATION

USE PLAINTIFF COUNTYWIDE MECHANICAL SYSTEMS, INC. and Cross-defendant NORTH AMERICAN SPECIALTY INSURANCE COMPANY, by and through there attorney

Timothy J. Nash, Esq., and Defendant and Cross-complainant J.M.R. CONSTRUCTION CORP., and Defendant ARCH INSURANCE COMPANY, by and through their attorney, George R. Gore, Esq., stipulate as follows:

1. WHEREAS, the Case Management Conference in this case was originally scheduled for June 10, 2009, and continued to June 17, 2009, on the Court's own motion;

2. WHEREAS, use plaintiff's counsel miscalendared the original hearing date and the Court was unable to contact him regarding the continued hearing date, thus counsel have not had the ability to properly meet and confer and prepare the required Joint Case Management Statement in advance of the June 17, 2009 hearing;

3. WHEREAS, counsel have conferred and jointly agreed to continue the Case Management Conference hearing date from June 17, 2009 to July 8, 2009 at 2:30 p.m. in Courtroom #4.

IT IS SO STIPULATED.

Dated: June ___, 2009         LAW OFFICES OF CARY RICHARD BOND, A PROF. CORP

TIMOTHY J. NASH, ESQ.
Attorneys for COUNTYWIDE MECHANICAL SYSTEMS, INC. and NORTH AMERICAN SPECIALTY INSURANCE COMPANY

Dated: June ___, 2009         THE LAW OFFICE OF GEORGE R. GORE

GEORGE R. GORE, ESQ.
Attorneys for J.M.R. CONSTRUCTION CORP., ARCH INSURANCE COMPANY

///
///
///

**ORDER**

After reviewing the Joint Stipulation for Continuance of Case Management Conference submitted by the parties, and with good cause appearing therefore, it is hereby ordered:

1. The Case Management Conference scheduled for June 17, 2009, at 2:30 p.m. in Courtroom 4 has been vacated and continued to July 8, 2009, at 2:30 p.m. in Courtroom 4.

DATED: June 16, 2009

HON. MAGISTRATE JUDGE RICHARD SEEBORG

CASE NO.: C 09-00509 RS
JOINT STIPULATION AND ORDER

3