TIMOTHY J. NASH, ESQ. (SBN 144727)
Law Offices of Cary Richard Bond, APC
501 West Broadway, Suite 1660
San Diego, California 92101
Telephone: (619) 230-8700
Facsimile: (619) 232-2544
824.5
Attorneys for Use Plaintiff and Cross-defendant Countywide Mechanical Systems, Inc. and Cross-defendant North American Specialty Insurance Company

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE BRANCH

| | |
|---|---|
| United States of America for the Use and Benefit of COUNTYWIDE MECHANICAL SYSTEMS, INC., a California corporation,<br><br>    Use-Plaintiff,<br><br>v.<br><br>ARCH INSURANCE COMPANY, a Missouri corporation, J.M.R. CONSTRUCTION CORP., a California corporation, and DOES 1 through 10, inclusive,<br>    Defendants.<br><br>J.M.R. CONSTRUCTION CORP.<br><br>    Cross-complainant,<br><br>v.<br><br>COUNTYWIDE MECHANICAL SYSTEMS, INC.; NORTH AMERICAN SPECIALTY INSURANCE COMPANY; and ROES 1-10, inclusive,<br><br>    Cross-defendants. | Case No.: C 09-00509 RS<br><br>JOINT STIPULATION OF CONSENT TO APPEAR BEFORE MAGISTRATE JUDGE HOWARD LLOYD<br>AS MODIFIED BY THE COURT |

## JOINT STIPULATION

USE PLAINTIFF COUNTYWIDE MECHANICAL SYSTEMS, INC. and Cross-defendant NORTH AMERICAN SPECIALTY INSURANCE COMPANY, by and through their attorney

1 | Timothy J. Nash, Esq., and Defendant and Cross-complainant J.M.R. CONSTRUCTION CORP., and
2 | Defendant ARCH INSURANCE COMPANY, by and through their attorney, George R. Gore, Esq.,
3 | jointly consent and stipulate to appear before Magistrate Judge Howard Lloyd for all purposes in the
4 | above captioned action.

THE ABOVE TERMS ARE AGREED TO AND SO STIPULATED BY THE RESPECTIVE COUNSEL.

Dated: February 10, 2010    LAW OFFICES OF CARY RICHARD BOND, A PROF. CORP

*TIMOTHY J. NASH*
TIMOTHY J. NASH, ESQ.
Attorneys for COUNTYWIDE MECHANICAL SYSTEMS, INC. and NORTH AMERICAN SPECIALTY INSURANCE COMPANY

Dated: February 10, 2010    THE LAW OFFICE OF GEORGE R. GORE

*GEORGE R. GORE*
GEORGE R. GORE, ESQ.
Attorneys for J.M.R. CONSTRUCTION CORP., ARCH INSURANCE COMPANY

IT IS HEREBY ORDERED that this matter be referred to United States Magistrate Judge Lloyd for all further proceedings.

Dated: 02/11/2010

RICHARD SEEBORG
United States District Judge

CASE NO.: C 09-00509 RS
JOINT STIPULATION

2