**\*\* E-filed August 24, 2010 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| United States of America for the Use and Benefit of COUNTYWIDE MECHANICAL SYSTEMS, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ARCH INSURANCE COMPANY, a Missouri corporation; J.M.R. CONSTRUCTION CORP., a California corporation; and DOES 1–10, inclusive,<br><br>　　　　Defendants. | No. C09-00509 HRL<br><br>**ORDER SETTING FURTHER CASE MANAGEMENT AND TO SHOW CAUSE**<br><br>**[Re: Docket No. 33]** |

　　　　As clearly indicated in the Court's previous case management scheduling order (Docket No. 33), a further case management conference was to take place on August 24, 2010 at 1:30 p.m. in Courtroom 2, Fifth Floor, San Jose, to set dispositive motions, pre-trial, and trial dates in the above-referenced action. Neither Plaintiff nor Defendants, however, appeared at this further case management conference. Accordingly, the Court hereby sets yet another further case management conference, which will take place on September 7, 2010 at 1:30 p.m. at the same location as noted above. The Court further ORDERS the parties to show cause at the September 7 case management conference why sanctions should not be imposed for failure to appear at the August 24 case management conference despite being previously ordered to do so.

1  **IT IS SO ORDERED.**

2  Dated: August 24, 2010

3  _____
   HOWARD R. LLOYD
   UNITED STATES MAGISTRATE JUDGE

**C09-00509 HRL Notice will be electronically mailed to:**

George Richard Gore        ggorelaw@aol.com
Timothy Joseph Nash      tjnash@crbondlaw.com, tjnash@crbondlaw.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**