**United States District Court**
For the Northern District of California

1                                     **\*\* E-filed September 3, 2010 \*\***

2

3

4

5

6

7                          NOT FOR CITATION

8                 IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11   United States of America for the Use and        No. C09-00509 HRL
     Benefit of COUNTYWIDE MECHANICAL

12   SYSTEMS, INC., a California corporation,      **ORDER DENYING PLAINTIFF'S**
                                         **REQUEST TO APPEAR BY**

13                Plaintiff,                   **TELEPHONE**

14      v.                                    **[Re: Docket No. 36]**

15   ARCH INSURANCE COMPANY, a
     Missouri corporation; J.M.R.

16   CONSTRUCTION CORP., a California
     corporation; and DOES 1–10, inclusive,

17               Defendants.

18   _____/

19         Plaintiff's counsel submits a request to appear by telephone at the Further Case Management

20   Conference set for September 7, 2010 at 1:30 p.m. The court finds good cause lacking and,

21   accordingly, DENIES the request.

22        **IT IS SO ORDERED.**

23   Dated: September 3, 2010

24                                 _____

25                    HOWARD R. LLOYD
                   UNITED STATES MAGISTRATE JUDGE

26

27

28

**C 09-00509 HRL Notice will be electronically mailed to:**

George Richard Gore         ggorelaw@aol.com
Timothy Joseph Nash       tjnash@crbondlaw.com, tjnash@crbondlaw.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

**United States District Court**
For the Northern District of California

2