\*\* **E-filed May 18, 2011** \*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| United States of America for Use and Benefit of COUNTYWIDE MECHANICAL SYSTEMS, INC., <br><br> Plaintiff, <br> v. <br><br> ARCH INSURANCE COMPANY, et al., <br><br> Defendants. | No. C09-00509 HRL <br><br> **ORDER (1) GRANTING SUBSTITUTION OF ATTORNEY AND (2) SETTING FURTHER STATUS CONFERENCE** <br><br> [Re: Docket No. 42] |

In September 2010, this Court stayed this case until February 22, 2011. Docket No. 40. On that date, neither party appeared at the previously-scheduled Further Case Management Conference. Docket No. 41. Later, on April 14, 2011, Defendants moved for an order substituting C. Patrick Stoll as their attorney of record in place of George R. Gore. Docket No. 42. Both attorneys and both defendants stipulated to this substitution. Id.

Pursuant to their stipulation, the Court GRANTS Defendants' motion. The May 24, 2011 hearing is VACATED. In addition, a Further Case Management Conference is set for June 28, 2011 at 1:30 p.m. The parties shall file a Joint Further Case Management Statement no later than June 21, 2011.

**IT IS SO ORDERED.**

Dated: May 18, 2011

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C09-00509 HRL** N**otice will be electronically mailed to:**

| | |
|---|---|
| Carl Patrick Stoll | cpstoll@sbcglobal.net |
| George Richard Gore | ggorelaw@aol.com |
| Timothy Joseph Nash | tjnash@crbondlaw.com, tjnash@crbondlaw.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**