**\*\* E-filed July 27, 2011 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| United States of America for Use and Benefit of COUNTYWIDE MECHANICAL SYSTEMS, INC.,<br><br>    Plaintiff,<br>  v.<br><br>ARCH INSURANCE COMPANY, et al.,<br><br>    Defendants. | No. C09-00509 HRL<br><br>**ORDER (1) DISCHARGING ORDER TO SHOW CAUSE, (2) STAYING CASE, AND (3) SETTING STATUS CONFERENCE** |

On July 26, 2011, the parties appeared at a Further Case Management Conference and a Show Cause Hearing regarding Plaintiff's failure to prosecute this action. Based on Plaintiff's representations to the Court at the hearing, the order to show cause is DISCHARGED.

Further, per the parties' request, and based on their representations, the Court finds good cause to stay this action pending arbitration. Accordingly, this case is STAYED until Tuesday, January 10, 2012. At 10:00 a.m. on that date, the parties shall appear before the Court for a status conference. Should the parties notify the Court that the case has been resolved prior to the status conference, it will be automatically vacated.

**IT IS SO ORDERED.**

Dated: July 27, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1 | **C09-00509 HRL Notice will be electronically mailed to:**

2 | Carl Patrick Stoll          cpstoll@sbcglobal.net
Evelyn Ruth Wiggins    evelyn@wigginslegal.com
3 | Timothy Joseph Nash    tjnash@crbondlaw.com, tjnash@crbondlaw.com

4 | **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

**United States District Court**
For the Northern District of California

2