\*\* E-filed December 7, 2011 \*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| United States of America for Use and Benefit of COUNTRYWIDE MECHANICAL SYSTEMS, INC., <br><br> Plaintiff, <br> v. <br><br> ARCH INSURANCE COMPANY; et al., <br><br> Defendants. | No. C09-00509 HRL <br><br> **ORDER RE: STATUS CONFERENCE SCHEDULED FOR JANUARY 10, 2012** |

The court is informed that the parties have reached a settlement and intend to satisfy the terms of settlement by December 23, 2011. Accordingly, the status conference set for **January 10, 2012 at 10:00 a.m.** has been converted into a Show Cause hearing. Parties shall appear in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113 and show cause why, if any, this case should not be dismissed. The parties shall file a statement in response to this Order to Show Cause no later than **January 3, 2011**. The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is needed to finalize the settlement and file a dismissal. If a dismissal is filed before the hearing date, the Show Cause hearing will be automatically vacated and no statement will be required.

**IT IS SO ORDERED.**

Dated: December 7, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| 1 | **C09-00509 HRL Notice will be electronically mailed to:** |
| 2 | Carl Patrick Stoll — cpstoll@sbcglobal.net |
| | George Richard Gore — ggorelaw@aol.com |
| 3 | Evelyn Ruth Wiggins — evelyn@wigginslegal.com |
| | Timothy Joseph Nash — tjnash@crbondlaw.com |
| 4 | |
| 5 | **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.** |